B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Gregory Tasker Mount    Melissa Marie Mount**
Debtors

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JP Morgan Chase Bank<br>PO Box 29550<br>Phoenix, AZ 85038-9550 | JP Morgan Chase Bank<br><br>JP Morgan Chase Bank<br>PO Box 29550<br>Phoenix, AZ 85038-9550 | Business Guarantee | | $702,000.00 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | American Express<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | Credit Card | | $848.90 |
| Chase Bank<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Chase Bank<br><br>Chase Bank<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Credit Card | | $369.95 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | American Express<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | Credit Card | | $48.37 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## DECLARATION UNDER PENALTY OF PERJURY

We, Gregory Tasker Mount and Melissa Marie Mount, named as the Debtors in this case, declare under penalty of perjury that we have read the foregoing List of 20 Largest Unsecured Creditors, and that it is true and correct to the best of our knowledge and belief.

DATED:  December 3, 2010          /s/Gregory Tasker Mount
                                  Gregory Tasker Mount


DATED:  December 3, 2010          /s/Melissa Marie Mount
                                  Melissa Marie Mount