UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                              )
                                    )   Case No. 10-40362-HRT
MELISSA M. MOUNT                    )
XXX-XX-4584                         )   Chapter 11
and                                 )
                                    )
GREG T. MOUNT                       )
XXX-XX-6884                         )
                                    )
    Debtors.                        )

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL AND USE OF RETAINER AND PAYMENT PROCEDURE

### OBJECTION DEADLINE: DECEMBER 24, 2010

**YOU ARE HEREBY NOTIFIED** that the Debtors have made Application to the Court for an order approving the payment of a pre-petition retainer to bankruptcy counsel in the amount of $28,338 and payment procedure. The retainer, once approved, will secure any fees and costs incurred post-petition by the Debtors and approved by the Court. Counsel also requests authority to be paid 75% of fees and 100% of costs monthly, by the Debtors or through the retainer, all subject to the filing of interim and final fee applications. A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: December 3, 2010                    Respectfully submitted,

                                           By: _____
                                              Aaron A. Garber #36099
                                              Kathryn G. Foley #41543
                                              **KUTNER MILLER BRINEN, P.C.**
                                              303 East 17th Avenue, Suite 500
                                              Denver, CO 80203
                                              Telephone: (303) 832-2400
                                              Telecopy: (303) 832-1510

## CERTIFICATE OF SERVICE

The undersigned further certifies that on December 3, 2010, I served by prepaid first class mail a copy of the foregoing **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL AND USE OF RETAINER AND PAYMENT PROCEDURE** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on December 3, 2010, and, if applicable, other interested parties the movant mailed notice at the following addresses:

Dated: Dec 3, 2010

By: _____
Vicky Martina

Label Matrix for local noticing
1082-1
Case 10-40362-HRT
District of Colorado
Denver
Fri Dec  3 16:22:59 MST 2010

Ally Financial
P.O. Box 380902
Bloomington, IL 55438-0902

American Express
PO Box 650448
Dallas, TX 75265-0448

Angela Whitford, Esq.
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202-3622

Audi Financial
P.O. Box 60144
City of Industry, CA 91716-0144

Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Chase Home Equity
P.O. Box 78035
Phoenix, AZ 85062-8035

Chase Home Finance
P.O. Box 78420
Phoenix, AZ 85062-8420

Aaron A Garber
303 E. 17th Ave.
Ste. 500
Denver, CO 80203-1258

JP Morgan Chase Bank
PO Box 29550
Phoenix, AZ 85038-9550

JPMorgan Chase Bank
201 North Central Ave, Floor 17
Phoenix, AZ 85004-1000

Mercedes Benz
P.O. Box 9001680
Louisville, KY 40290-1680

Gregory Tasker Mount
2 West Dry Creek Circle
Suite 100
Littleton, CO 80120-4479

Melissa Marie Mount
2 West Dry Creek Circle
Suite 100
Littleton, CO 80120-4479

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Howard R Tallman

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15