UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Gregory Tasker Mount and Melissa Marie Mount
      Debtor(s)

Case No.: 10-40362 HRT
Chapter: 11

Notice of Deficiency
Failure to File Statement of Financial Affairs and/or Schedules, Corporate Resolution, and/or
Verification of Creditor Matrix
Omission of Information
And Notice of U. S. Trustee's Standing Motion to Dismiss

This Notice refers to the following document filed with the court on : 12/3/2010
By : Aaron A Garber

This Notice refers to the following missing documents which were NOT filed with the court
and your case will be dismissed if you do not file the missing document(s):

- Statistical Summary of Certain Liabilities - Form 6 Statistical Summary (12/07)

- Each debtor must provide copies of all paycheck stubs, payment advices, or other evidence of wages, salary, commissions or other income from any employer received by each debtor within 60 days before the bankruptcy case was filed (copied on 8 ½ x 11 paper), and/or a verified statement that no such document(s) exist for **each** debtor using Local Bankruptcy Form 1007-6.1 (attached to this notice).

- Statement of Current Monthly Income--Chapter 11 (Form B22 B)

- Other: Summary of Schedules
- Statement of financial affairs -
- Schedules - All

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s).  If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 1017-3, the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) 11 U.S.C. § 521; (b) Fed.R.Bankr.P. 1007; and (c) Local Bankruptcy Rules 1007-1 and 1017-3. Under this Notice, your case may be dismissed no sooner than in fourteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707, 112, 1208  or 1307, as applicable, without any additional notice or a hearing.  Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. 521.)*

It appears that the debtor has filed a petition which is not accompanied by the statement of financial affairs and schedules required by 11 U.S.C. 521(1). Pursuant to Fed.R.Bankr.P. 1007(c), the debtor shall file said statement and schedules within 14 days after filing the petition. The deficiency cure date appears below.

**In any case in which the debtor files a statement, schedule or creditors address matrix after the receipt of a notice of deficiency issued by the clerk pursuant to Local Bankruptcy Rule 1017-3, the debtor shall serve a copy of such statement, list or schedule on the United States Trustee and any chapter 7, 11, 12, or 13 trustee serving in the case, and shall file an appropriate Certificate of Service as evidence thereof.**

DEFICIENCY CURE DATE: 12/17/2010      FOR THE COURT:
                                      Bradford L. Bolton, Clerk

                                      s/ S. Robb_____
                                            Deputy Clerk

                                      Dated__12/6/2010_____

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.

**Local Bankruptcy Form 1007-6.1**

[Caption as in Bankruptcy Official Form 16A]

**STATEMENT UNDER PENALTY OF PERJURY
CONCERNING PAYMENT ADVICES**

I*, \_\_\_\_\_(debtor's name)\_\_\_\_\_, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ ] I was not employed during the period immediately preceding the filing of the above-referenced case, \_\_\_(insert the dates that you were not employed)\_\_\_;

[ ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ] I am self-employed and do not receive any evidence of payment from an employer;

[ ] Other (please provide explanation): _____.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: _____     By: _____
                                          Signature of debtor

                                          _____
                                          Printed name of debtor
                                          Home address
                                          Telephone number
                                          Facsimile number
                                          E-mail address

* A separate form must be signed for each debtor.