## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re  **Gregory Tasker Mount**
**Melissa Marie Mount**
Debtors.

Case No.  **10-40362-HRT**

Chapter  **11**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $12,722.00 | $0.00 |
| Five months ago | $13,567.00 | $0.00 |
| Four months ago | $21,132.00 | $0.00 |
| Three months ago | $13,958.00 | $0.00 |
| Two months ago | $13,954.00 | $0.00 |
| Last month | $13,957.00 | $0.00 |
| Income from other sources | $48,999.00 | $0.00 |
| Total net income for six months preceding filing | $ 138,289.00 | $ 0.00 |
| **Average Monthly Net Income** | $ 23,048.17 | $ 0.00 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated: 12·17·10

_____
Gregory Tasker Mount
Debtor

_____
Melissa Marie Mount
Joint Debtor