| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| W22 | 356884 | 100101 | | 0000400001 | 1 |

# Earnings Statement

**ADP**

RICHFIELD HOSPITALITY, INC.
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Period Ending: 10/03/2010
Pay Date: 10/07/2010

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   CO: 0

00000000001
GREGORY T MOUNT
738 FAIRCHILD DR.
HIGHLANDS RANCH CO 80126

Social Security Number: XXX-XX-6884

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 10192.31 | 80.00 | 10,192.31 | 203,846.19 |
| Mgmt Cont Inc | | | | 65,003.00 |
| **Gross Pay** | | | **$10,192.31** | 268,849.19 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,325.00 | 63,178.30 |
| | Medicare Tax | -144.36 | 3,846.92 |
| | CO State Income Tax | -446.00 | 11,990.00 |
| | Greenwood Vi Income Tax | -2.00 | 18.00 |
| | Social Security Tax | | 6,621.60 |
| | **Other** | | |
| | Anthem | -220.00* | 3,300.00 |
| | Checking | -6,977.33 | |
| | Dental 125 | -30.00* | 450.00 |
| | Doers | -4.00 | 68.00 |
| | Elife | -26.25 | 393.75 |
| | Legal Fees | -8.25 | 123.75 |
| | Vision | -9.12* | 136.80 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 22.82 | 342.30 |
| Sick Balance | | 50.22 |
| Vacation Bal | | 113.12 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $9,933.19

---



RICHFIELD HOSPITALITY, INC.
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Advice number: 00000400001
Pay date: 10/07/2010

Deposited to the account of
GREGORY T MOUNT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2140 | xxxx xxxx | $6,977.33 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 080 |
|---|---|---|---|---|---|
| W22 | 356884 | 100101 | | 0000420001 | 1 |

# Earnings Statement 

RICHFIELD HOSPITALITY, INC.
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Period Ending: 10/17/2010
Pay Date: 10/21/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CO: 0

00000000001
GREGORY T MOUNT
738 FAIRCHILD DR.
HIGHLANDS RANCH CO 80126

Social Security Number: XXX-XX-6884

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 10192.31 | 80.00 | 10,192.31 | 214,038.50 |
| Mgmt Cont Inc | | | | 65,003.00 |
| **Gross Pay** | | | **$10,192.31** | 279,041.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,325.00 | 65,503.30 |
| | Medicare Tax | -144.36 | 3,991.28 |
| | CO State Income Tax | -446.00 | 12,436.00 |
| | Social Security Tax | | 6,621.60 |
| | Greenwood Vi Income Tax | | 18.00 |
| | **Other** | | |
| | Anthem | -220.00* | 3,520.00 |
| | Checking | -6,979.33 | |
| | Dental 125 | -30.00* | 480.00 |
| | Doers | -4.00 | 72.00 |
| | Elife | -26.25 | 420.00 |
| | Legal Fees | -8.25 | 132.00 |
| | Vision | -9.12* | 145.92 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 22.82 | 365.12 |
| Sick Balance | | 52.08 |
| Vacation Bal | | 120.50 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $9,933.19

---

RICHFIELD HOSPITALITY, INC.
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Advice number: 00000420001
Pay date: 10/21/2010

Deposited to the account of
GREGORY T MOUNT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2140 | xxxx xxxx | $6,979.33 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| W22 | 356884 | 100101 | | 0000460001 | 1 |

## Earnings Statement 

**RICHFIELD HOSPITALITY, INC.**
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Period Ending: 11/14/2010
Pay Date: 11/18/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CO: 0

00000000001
GREGORY T MOUNT
738 FAIRCHILD DR.
HIGHLANDS RANCH CO 80126

Social Security Number: XXX-XX-6884

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 10192.31 | 80.00 | 10,192.31 | 234,423.12 |
| Mgmt Cont Inc | | | | 65,003.00 |
| **Gross Pay** | | | **$10,192.31** | 299,426.12 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 22.82 | 410.76 |
| Sick Balance | | 55.80 |
| Vacation Bal | | 135.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,325.00 | 70,153.30 |
| | Medicare Tax | -144.36 | 4,280.00 |
| | CO State Income Tax | -446.00 | 13,328.00 |
| | Greenwood Vi Income Tax | -2.00 | 20.00 |
| | Social Security Tax | | 6,621.60 |
| | **Other** | | |
| | Anthem | -220.00* | 3,960.00 |
| | Checking | -6,957.33 | |
| | Dental 125 | -30.00* | 540.00 |
| | Doers | -4.00 | 80.00 |
| | Elife | -46.25 | 512.50 |
| | Legal Fees | -8.25 | 148.50 |
| | Vision | -9.12* | 164.16 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $9,933.19

---

**RICHFIELD HOSPITALITY, INC.**
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Advice number: 00000460001
Pay date: 11/18/2010

Deposited to the account of
GREGORY T MOUNT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2140 | xxxx xxxx | $6,957.33 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| W22 | 356884 | 100101 | | 0000440001 | 1 |

## Earnings Statement

ADP

**RICHFIELD HOSPITALITY**

RICHFIELD HOSPITALITY, INC.
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Period Ending:   10/31/2010
Pay Date:        11/04/2010

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:   0
  CO:        0

00000000001
GREGORY T MOUNT
738 FAIRCHILD DR.
HIGHLANDS RANCH CO 80126

Social Security Number: XXX-XX-6884

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 10192.31 | 80.00 | 10,192.31 | 224,230.81 |
| Mgmt Cont Inc | | | | 65,003.00 |
| **Gross Pay** | | | **$10,192.31** | 289,233.81 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 22.82 | 387.94 |
| Sick Balance | | 53.94 |
| Vacation Bal | | 127.88 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -2,325.00 | 67,828.30 |
| Medicare Tax | -144.36 | 4,135.64 |
| CO State Income Tax | -446.00 | 12,882.00 |
| Social Security Tax | | 6,621.60 |
| Greenwood Vi Income Tax | | 18.00 |

Other
| | | |
|---|---|---|
| Anthem | -220.00* | 3,740.00 |
| Checking | -6,959.33 | |
| Dental 125 | -30.00* | 510.00 |
| Doers | -4.00 | 76.00 |
| Elife | -46.25 | 466.25 |
| Legal Fees | -8.25 | 140.25 |
| Vision | -9.12* | 155.04 |

**Net Pay**   **$0.00**

* Excluded from federal taxable wages

Your federal taxable wages this period are $9,933.19

---

**RICHFIELD HOSPITALITY**

RICHFIELD HOSPITALITY, INC.
7600 E. ORCHARD RD SUITE 230S
GREENWOOD VILLAGE, CO 80111

Advice number:   00000440001
Pay date:        11/04/2010

Deposited to the account of
GREGORY T MOUNT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2140 | xxxx xxxx | $6,959.33 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Local Bankruptcy Form 1007-6.1

[Caption as in Bankruptcy Official Form 16A]

## STATEMENT UNDER PENALTY OF PERJURY
## CONCERNING PAYMENT ADVICES

I*, \_\_\_\_\_(debtor's name)\_\_\_\_\_, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ ] I was not employed during the period immediately preceding the filing of the above-referenced case, \_\_\_(insert the dates that you were not employed)_____;

[ ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ] I am self-employed and do not receive any evidence of payment from an employer;

[ ] Other (please provide explanation): _____.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: _____  By: _____
                                                                       Signature of debtor

                                                                       _____
                                                                       Printed name of debtor
                                                                       Home address
                                                                       Telephone number
                                                                       Facsimile number
                                                                       E-mail address

* A separate form must be signed for each debtor.