UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 10-40362-HRT |
| MELISSA M. MOUNT | ) |
| XXX-XX-4584 | ) Chapter 11 |
| and | ) |
| | ) |
| GREG T. MOUNT | ) |
| XXX-XX-6884 | ) |
| | ) |
| Debtors. | ) |

**MOTION FOR JOINT ADMINISTRATION**

The Debtors, by and through their attorneys, Kutner Miller Brinen, P.C., move the Court for an Order for Joint Administration of the two Chapter 11 cases captioned Melissa M. Mount and Greg T. Mount, Case No. 10-40362-HRT and Professional Search & Placement, LLC d/b/a Cool Haus Works, LLC, Case No. 11-11237 and as grounds therefore state as follows:

1. The Debtors Melissa M. Mount and Greg T. Mount (collectively the "Mounts") filed a joint petition for relief under Chapter 11 of the Bankruptcy Code on December 3, 2010 and remain Debtors-in-Possession.

2. Professional Search & Placement, LLC d/b/a Cool Haus Works, LLC ("Cool Haus") filed for relief under Chapter 11 of the Bankruptcy Code on January 24, 2011 and remains a Debtor-in-Possession.

3. Cool Haus is owned 100% by the Mounts.

4. Cool Haus is a staffing agency located in Littleton, Colorado.

5. The issues that will need to be resolved in both of the Mounts and Cool Haus bankruptcy cases will be, to a great extent, identical. The cases will involve common factual and legal issues.

6. Many of the Cool Haus obligations are guaranteed by the Mounts. The Mounts Plan of Reorganization will by necessity require a resolution of the issues in the Cool Haus case.

7. The Mounts Chapter 11 case was the earlier filed case and pursuant to Local Bankruptcy Rule 1015, joint administration should occur under that case.

8. A similar Motion for Joint Administration is being filed in the Cool Haus.

WHEREFORE, the Debtors respectfully request that the Mounts Chapter 11 case be jointly administered with the Cool Haus Chapter 11 case pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015, order that the two cases be jointly administered under the Melissa M Mount and Greg T. Mount Bankruptcy, Case No. 10-40362-HRT, and for such further and additional relief as to the Court may appear proper.

Dated: January 24, 2011

Respectfully submitted,

By: _____
Aaron A Garber (#36099)
Kathryn G. Foley (#41543)
**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO  80203
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: aag@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 24, 2011, I served by prepaid first class mail a copy of the foregoing **MOTION FOR JOINT ADMINISTRATION** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

United States Trustee
999 18th Street
Suite 1551
Denver, CO 80202

_____
Vicky Martina