DEBTOR: Mount [illegible]
CASE NUMBER: [illegible]

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending _____

Accounting Method: ☐ Accrual Basis ☒ Cash Basis

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☒ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☒ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☒ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _____
Print Name: Melissa Mount
Signature: _____
Title: _____

Rev. 01/01/08

DEBTOR: Mount, Gregory T. + Melissa M     CASE NO: 10-40362-HRT

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 4/1/11 to 4/30/11

### CASH FLOW SUMMARY

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 1,989.15 | _____ (1) |
| 2. Cash Receipts | | |
|    Operations | | |
|    Sale of Assets | | |
|    Loans/advances | | |
|    Other — Payroll checks | 17974.05 | |
|    Total Cash Receipts | $ 28963.20 | |
| 3. Cash Disbursements | | |
|    Operations | | |
|    Debt Service/Secured loan payment | 4674.01 | |
|    Professional fees/U.S. Trustee fees | 8587.69 | |
|    Other | 325.00 | |
|    Total Cash Disbursements | $ 13586.70 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 13306.50 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 15376.50 | _____ (2) |

### CASH BALANCE SUMMARY

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | | |
| DIP State Tax Account | N/A | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ N/A |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev 01/01/08

DEBTOR: Mount, Gregory T. + Melissa M  CASE NO: 10-40362-HRT

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/11 to 1/31/11

CASH RECEIPTS DETAIL
(attach additional sheets as necessary)

Account No: 2524895776

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|  | *Please see | Attached* |  |

Total Cash Receipts  $

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Account Transactions

Account: Checking
Account Number: *5776 For the Period: 01/01/2011 - 01/31/2011

| Date | Description | Check# | Debit(-) | Credit(+) | Note |
|---|---|---|---|---|---|
| 01/03/2011 | VW CREDITONLINE PMT CO REF- CKF088107347POS | | ($741.42) | | CAR PAYMEN- |
| 01/03/2011 | CHECK CLEARED | 1008 | ($150.00) | | |
| 01/03/2011 | COLORADO S PLUS 00400002 01/02/1WITHDRAWAL FROM DDA | | ($102.50) | | CASH |
| 01/03/2011 | COMPASS BK ATM363 06:42PM 01/03/WITHDRAWAL FROM DDA | | ($100.00) | | CASH |
| 01/03/2011 | SHELL OIL 57442465704 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($32.98) | | GAS |
| 01/03/2011 | FAT BURGER LUCENT Q96 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($32.90) | | Food |
| 01/03/2011 | WALGREENS #2641 HIGHLANDS RANCODEBIT/ FOR CHECKCARD 8483824937 | | ($31.62) | | prescriptions |
| 01/03/2011 | SHELL OIL 57442465704 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824630 | | ($30.00) | | Gas |
| 01/03/2011 | JULIES HALLMARK LITTLETON CODEBIT/ FOR CHECKCARD 8483824630 | | ($27.26) | | Gift Card + Paper |
| 01/03/2011 | NFI*WWW.NETFLIX.COM/CC NETFLIX.CDEBIT/ FOR CHECKCARD 8483824630 | | ($7.99) | | CABLE |
| 01/04/2011 | DEPOSIT | PAYROll | | $4,897.58 | |
| 01/04/2011 | ALLY FINANCIALONLINE PMT CO REF- CKF088107347POS | | ($908.00) | | CAR PAYMENT |
| 01/04/2011 | KING SOOPERS #0108 HIGHLANDS RANDEBIT/ FOR CHECKCARD 8483824630 | | ($83.42) | | Food |
| 01/04/2011 | OFFICE MAX HIGHLANDS RANCODEBIT/ FOR CHECKCARD 8483824630 | | ($79.14) | | School Supplies |
| 01/04/2011 | ZUMIEZ INC 033 LONETREE CODEBIT/ FOR CHECKCARD 8483824630 | | ($64.09) | | Clothes |
| 01/04/2011 | CHECK CLEARED | 5010 | ($50.00) | | |
| 01/05/2011 | PETSMART INC 220 LITTLETON CODEBIT/ FOR CHECKCARD 8483824630 | | ($54.45) | | dog food |
| 01/05/2011 | FLOYDS 6 HGHLNDS RANCHCODEBIT/ FOR CHECKCARD 8483824630 | | ($46.00) | | haircuts |

| Date | Description | Check# | Debit(-) | Credit(+) |
|---|---|---|---|---|
| 01/05/2011 | WHOLEFDS SGN 10273 CENTENNIAL CODEBIT/ FOR CHECKCARD 8483824630 | | ($37.37) | Food |
| 01/05/2011 | KING SOOPERS #0027 HIGHLANDS RANDEBIT/ FOR CHECKCARD 8483824630 | | ($24.95) | Food |
| 01/05/2011 | USPS 075583955520306833 LITTLETONDEBIT/ FOR CHECKCARD 8483824630 | | ($5.20) | postage |
| 01/06/2011 | CHASE CARD SERVONLINE PMT CO REF- CKF088107347POS | | ($258.06) | Credit payment |
| 01/06/2011 | WHOLEFDS HLR 10142 HIGHLANDS RANDEBIT/ FOR CHECKCARD 8483824630 | | ($104.78) | food |
| 01/06/2011 | CHECK CLEARED | 1010 | ($25.00) | |
| 01/06/2011 | CHIPOTLE 0005 ENGLEWOOD CODEBIT/ FOR CHECKCARD 8483824937 | | ($6.82) | Food |
| 01/07/2011 | CHECK CLEARED | 1013 | ($103.90) | |
| 01/07/2011 | CHECK CLEARED | 1001 | ($100.00) | |
| 01/07/2011 | COMCASTONLINE PMT CO REF- CKF088107347POS | | ($72.90) | phones |
| 01/10/2011 | PAYPAL *PPVIRTUAL 402-935-7733 CDEBIT/ FOR CHECKCARD 8483824630 | | ($120.11) | Misc ppvirtual |
| 01/10/2011 | NORDSTROM-RACK #0036 LITTLETON CDEBIT/ FOR CHECKCARD 8483824937 | | ($112.04) | Clothes |
| 01/10/2011 | SHELL OIL 57442465704 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($65.00) | gas |
| 01/10/2011 | ONE HOUR MARTINIZING DR HIGHLANDDEBIT/ FOR CHECKCARD 8483824630 | | ($60.81) | drycleaning |
| 01/10/2011 | STARBUCKS USA 00111096 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824630 | | ($40.00) | Food |
| 01/10/2011 | SHELL OIL 57442465704 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824630 | | ($30.00) | gas |
| 01/10/2011 | PAPA JOHNS #1057 3036837272 CODEBIT/ FOR CHECKCARD 8483824937 | | ($22.59) | Food |
| 01/10/2011 | ARAMARK PEPSI CENTER DENVER CODEBIT/ FOR CHECKCARD 8483824630 | | ($22.50) | entertainment |
| 01/10/2011 | WALGREENS #4952 HIGHLANDS RANCODEBIT/ FOR CHECKCARD 8483824937 | | ($17.64) | prescriptions |

| Date | Description | Check# | Debit(-) | Credit(+) |
|---|---|---|---|---|
| 01/10/2011 | SANDWICH BOARD HARLEQUI ENGLEWOODEBIT/ FOR CHECKCARD 8483824937 | | ($7.43) | food |
| 01/10/2011 | UNITED AIR 01621184432 CHICAGO IDEBIT/ FOR CHECKCARD 8483824937 | | ($5.00) | airfare |
| 01/10/2011 | UNITED AIR 01621184467 CHICAGO IDEBIT/ FOR CHECKCARD 8483824937 | | ($5.00) | airfare |
| 01/10/2011 | UNITED AIR 01621184467 CHICAGO IDEBIT/ FOR CHECKCARD 8483824937 | | ($5.00) | airfare |
| 01/11/2011 | PLAYER'S BENCH - LITTL HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($255.37) | Sports equipment |
| 01/11/2011 | CHECK CLEARED | 1012 | ($100.00) | |
| 01/11/2011 | CONOCO / CIRCL10081933 DENVER CODEBIT/ FOR CHECKCARD 8483824937 | | ($54.61) | gas |
| 01/11/2011 | SHELL OIL 57442465704 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824630 | | ($53.74) | gas |
| 01/11/2011 | FAT BURGER LUCENT Q96 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824630 | | ($27.68) | food |
| 01/12/2011 | KING SOOPERS #0027 HIGHLANDS RANDEBIT/ FOR CHECKCARD 8483824630 | | ($167.43) | Food |
| 01/12/2011 | WHOLEFDS HLR 10142 HIGHLANDS RANDEBIT/ FOR CHECKCARD 8483824630 | | ($43.74) | Food |
| 01/12/2011 | MCDONALD'S F18083 HIGHLAND RANCCDEBIT/ FOR CHECKCARD 8483824937 | | ($21.59) | food |
| 01/13/2011 | CREDIT FOR RICHFIELDDIRECT DEP CO REF- 626028392755W22 | payroll | | $6,537.23 |
| 01/13/2011 | COMPASS BK ATM363 03:28PM 01/13/WITHDRAWAL FROM DDA | | ($100.00) | Cash |
| 01/13/2011 | SAFEWAY STORE00014803 HGHLNDS RADEBIT/ FOR CHECKCARD 8483824630 | | ($26.89) | Food |
| 01/13/2011 | CHEESECAKE LITTLETON LITTLETON CDEBIT/ FOR CHECKCARD 8483824630 | | ($15.12) | food |
| 01/14/2011 | CHASE MTGEONLINE PMT CO REF- CKF088107347POS | | ($5,190.00) | mortgage |
| 01/14/2011 | HIGHLANDS RANCHONLINE PMT CO REF- CKF088107347POS | | ($127.00) | HOA fees |

| Date | Description | Check# | Debit(-) | Credit(+) |
|---|---|---|---|---|
| 01/24/2011 | PAYPAL *PLIMUS 402-935-7733 CADEBIT/ FOR CHECKCARD 8483824630 | | ($22.50) | B |
| 01/24/2011 | STARBUCKS USA 00111096 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($9.20) | food |
| 01/24/2011 | CAR WASH EXPRESS I LITTLETON CODEBIT/ FOR CHECKCARD 8483824937 | | ($9.00) | |
| 01/24/2011 | CAR WASH EXPRESS I LITTLETON CODEBIT/ FOR CHECKCARD 8483824937 | | ($9.00) | |
| 01/24/2011 | PAYPAL *PLIMUS 402-935-7733 CADEBIT/ FOR CHECKCARD 8483824630 | | ($5.00) | B |
| 01/24/2011 | STARBUCKS USA 00111096 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($3.52) | food |
| 01/26/2011 | CHECK CLEARED | 1015 | ($325.00) | |
| 01/26/2011 | SHELL OIL 57442465704 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824630 | | ($55.24) | gas |
| 01/26/2011 | PETCO 2791 63524011 HIGHLAND RCHDEBIT/ FOR CHECKCARD 8483824630 | | ($52.54) | |
| 01/26/2011 | SAFEWAY STORE 00000083 ENGLEWOODDEBIT/ FOR CHECKCARD 8483824630 | | ($35.18) | food |
| 01/27/2011 | CREDIT FOR RICHFIELDDIRECT DEP CO REF- 792019070928W22 | | | $6,539.24 |
| 01/28/2011 | KING SOOPERS #0108 HIGHLANDS RANDEBIT/ FOR CHECKCARD 8483824630 | | ($181.06) | food |
| 01/28/2011 | DIRECTVONLINE PMT CO REF- CKF088107347POS | | ($155.09) | |
| 01/28/2011 | WHOLEFDS HLR 10142 HIGHLANDS RANDEBIT/ FOR CHECKCARD 8483824630 | | ($118.52) | food |
| 01/28/2011 | CHIPOTLE 0005 ENGLEWOOD CODEBIT/ FOR CHECKCARD 8483824937 | | ($6.82) | food |
| 01/28/2011 | STARBUCKS USA 00067769 GREENWOODDEBIT/ FOR CHECKCARD 8483824937 | | ($5.69) | food |
| 01/31/2011 | COMPASS BK ATM363 10:26AM 01/30/WITHDRAWAL FROM DDA | | ($200.00) | Cash |
| 01/31/2011 | EVERYDAY #5716 PARKER CODEBIT/ FOR CHECKCARD 8483824937 | | ($68.31) | gas |

*paypal@plimus.com*

| Date | Description | Check# | Debit(-) | Credit(+) |
|---|---|---|---|---|
| 01/31/2011 | ULTA 3 #58 LITTLETON CODEBIT/ FOR CHECKCARD 8483824630 | | ($41.46) | personal hygiene |
| 01/31/2011 | AMC HIGHLANDS 04000576 HGHLNDS RDEBIT/ FOR CHECKCARD 8483824630 | | ($31.50) | entertainment |
| 01/31/2011 | ONE HOUR MARTINIZING DR HIGHLANDDEBIT/ FOR CHECKCARD 8483824630 | | ($23.63) | dry cleaning |
| 01/31/2011 | CHIPOTLE 0755 HIGHLANDS RANCODEBIT/ FOR CHECKCARD 8483824937 | | ($17.66) | food |
| 01/31/2011 | YANNI LLC GREENWOODVLG CODEBIT/ FOR CHECKCARD 8483824937 | | ($12.00) | food |
| 01/31/2011 | STARBUCKS USA 00067769 GREENWOODDEBIT/ FOR CHECKCARD 8483824937 | | ($5.90) | food |
| 01/31/2011 | STARBUCKS USA 00111096 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($3.52) | food |
| 01/31/2011 | STARBUCKS USA 00111096 HIGHLANDSDEBIT/ FOR CHECKCARD 8483824937 | | ($3.52) | food |

DEBTOR: Mount Gregory + Melissa    CASE NO: 10-40362-HRT

Form 2-G
NARRATIVE
For Period Ending 13/11

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Business Bankruptcy Case # 1-1337-HR

Primary Account: 2524895776
Page 1 of 6
Enclosures 0
Dec 09, 2010 to Jan 07, 2011



34

048  MELISSA M MOUNT
PC   738 FAIRCHILD DR
     HGHLNDS RANCH CO   80126-4754

### NOTICE OF CHANGES IN TEMPORARY FDIC INSURANCE
### COVERAGE FOR TRANSACTION ACCOUNTS

All funds in a "noninterest-bearing transaction account" are insured in full by the Federal Deposit Insurance Corporation from December 31, 2010, through December 31, 2012. This temporary unlimited coverage is in addition to, and separate from, the coverage of at least $250,000 available to depositors under the FDIC's general deposit insurance rules.

The term "noninterest-bearing transaction account" includes a traditional checking account or demand deposit account on which the insured depository institution pays no interest. It does *not* include other accounts, such as traditional checking or demand deposit accounts that may earn interest, NOW accounts, money-market deposit accounts, and Interest on Lawyers Trust Accounts ("IOLTAs").

For more information about temporary FDIC insurance coverage of transaction accounts, visit ww.fdic.gov.

*If you have questions about your statement, call Customer Service at 1-800-266-7277.*

## Build-To-Order Checking
## 2524895776

MELISSA M MOUNT

918

### Deposit Account Recap

| | | |
|---|---|---|
| Beginning Balance as of December 9, 2010 | | 17,226.13 |
| 3 Deposits | (Plus) | 11,862.92 |
| 95 Withdrawals | (Minus) | 16,483.07 |
| Ending Balance as of January 7, 2011 | | 12,605.98 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | Dec 10 | 500.00 | 1003 | Dec 22 | 50.00 | 1010 * | Jan 06 | 25.00 |
| 97 * | Dec 09 | 150.00 | 1004 | Dec 24 | 621.28 | 1013 * | Jan 07 | 103.90 |
| 98 | Dec 16 | 50.00 | 1006 * | Dec 30 | 25.00 | 5003 * | Dec 20 | 952.00 |
| 99 | Dec 21 | 155.00 | 1007 | Dec 29 | 50.00 | 5004 | Dec 21 | 5,190.00 |
| 1001 * | Jan 07 | 100.00 | 1008 | Jan 03 | 150.00 | 5010 * | Jan 04 | 50.00 |
| 1002 | Dec 28 | 202.63 | | | | | | |

\* Indicates break in check sequence

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---|---|
| Dec 17 | | 6,957.33 | DEPOSIT |

Primary Account: 2524895776
Page 2 of 6
Enclosures 0
Dec 09, 2010 to Jan 07, 2011



34

*MELISSA M MOUNT*

## Deposits and Other Credits (cont'd)

| Date | Serial # | Amount | Description |
|---|---|---|---|
| Dec 30 | | 8.01 | CREDIT FOR CHECKCARD 8483824630 12/29/10 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Jan 04 | | 4,897.58 | DEPOSIT |

## Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| Dec 13 | 28.72 | DEBIT/ FOR CHECKCARD 8483824937 12/12/10 FAT BURGER LUCENT Q96 HIGHLANDS RANCO |
| Dec 14 | 14.25 | DEBIT FOR HARLAND CLARKE CHK ORDERS CO REF- 000006900000234 |
| Dec 14 | 49.54 | DEBIT/ FOR CHECKCARD 8483824630 12/13/10 PETCO 2791 63524011 HIGHLAND RCH CO |
| Dec 14 | 40.42 | DEBIT/ FOR CHECKCARD 8483824630 12/13/10 KING SOOPERS #0027 HIGHLANDS RANCO |
| Dec 15 | 53.10 | DEBIT/ FOR CHECKCARD 8483824630 12/14/10 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Dec 15 | 33.67 | DEBIT/ FOR CHECKCARD 8483824630 12/13/10 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Dec 15 | 9.00 | DEBIT/ FOR CHECKCARD 8483824630 12/14/10 USPS 07558395520306833 LITTLETON CO |
| Dec 17 | 319.26 | DEBIT FOR QWEST ONLINE PMT CO REF- CKF088107347POS |
| Dec 17 | 30.18 | DEBIT/ FOR CHECKCARD 8483824630 12/16/10 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Dec 17 | 6.82 | DEBIT/ FOR CHECKCARD 8483824937 12/16/10 CHIPOTLE 0005 ENGLEWOOD CO |
| Dec 17 | 4.31 | DEBIT/ FOR CHECKCARD 8483824937 12/16/10 MCDONALD'S #F20427 AURORA CO |
| Dec 17 | 3.60 | DEBIT/ FOR CHECKCARD 8483824937 12/16/10 STARBUCKS USA 00067769 GREENWOOD VILCO |
| Dec 20 | 731.28 | DEBIT/ FOR CHECKCARD 8483824630 12/18/10 GOLFSMITH INTERNATIONAL ENGLEWOOD CO |
| Dec 20 | 270.00 | DEBIT/ FOR CHECKCARD 8483824630 12/16/10 HANA DESIGNS ENGLEWOOD CO |
| Dec 20 | 108.48 | DEBIT/ FOR CHECKCARD 8483824630 12/18/10 BED BATH & BEYOND #838 LITTLETON CO |
| Dec 20 | 100.00 | WITHDRAWAL FROM DDA - COMPASS BANK / ATM363 12:20PM 12/19/10 CARD 8483824630 ATM -AT 4016 RED CEDAR DRI HIGHLANDS CO |
| Dec 20 | 75.88 | DEBIT/ FOR CHECKCARD 8483824630 12/17/10 KING SOOPERS #0108 HIGHLANDS RANCO |
| Dec 20 | 53.89 | DEBIT/ FOR CHECKCARD 8483824937 12/17/10 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Dec 20 | 53.77 | DEBIT/ FOR CHECKCARD 8483824630 12/17/10 SHELL OIL 57442466603 HIGHLANDS RANCO |
| Dec 20 | 46.05 | DEBIT/ FOR CHECKCARD 8483824630 12/18/10 STARBUCKS USA 00111096 HIGHLANDS RANCO |
| Dec 20 | 35.44 | DEBIT/ FOR CHECKCARD 8483824630 12/17/10 ONE HOUR MARTINIZING DR HIGHLANDS RANCO |
| Dec 20 | 29.00 | DEBIT/ FOR CHECKCARD 8483824937 12/17/10 HIGH PLAINS HOCKEY LEAG http://www.hiCO |
| Dec 20 | 25.95 | DEBIT/ FOR CHECKCARD 8483824630 12/18/10 RACINE DANISH KRINGLE 262-633-1819 WI |
| Dec 20 | 24.17 | DEBIT/ FOR CHECKCARD 8483824630 12/17/10 PAPA JOHNS #1057 3036837272 CO |
| Dec 20 | 22.60 | DEBIT/ FOR CHECKCARD 8483824630 12/18/10 NOODLES & CO 136 HIGHLANDS RANCO |

918

Primary Account: 2524895776
Page 3 of 6
Enclosures 0
Dec 09, 2010 to Jan 07, 2011



34

MELISSA M MOUNT

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|---|---|---|
| Dec 20 | 17.55 | DEBIT/ FOR CHECKCARD 8483824937 12/19/10 TOKYO JOES HR 1 HIGHLANDS RANCO |
| Dec 20 | 17.18 | DEBIT/ FOR CHECKCARD 8483824630 12/17/10 DOLRTREE 3915 00039156 LITTLETON CO |
| Dec 22 | 96.87 | DEBIT/ FOR CHECKCARD 8483824630 12/21/10 TWIST AND SHOUT DENVER CO |
| Dec 22 | 19.00 | DEBIT/ FOR CHECKCARD 8483824937 12/20/10 FLOYDS 6 HGHLNDS RANCHCO |
| Dec 23 | 233.95 | DEBIT/ FOR CHECKCARD 8483824630 12/22/10 KING SOOPERS #0108 HIGHLANDS RANCO |
| Dec 23 | 200.53 | DEBIT/ FOR CHECKCARD 8483824630 12/22/10 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Dec 23 | 31.47 | DEBIT/ FOR CHECKCARD 8483824630 12/22/10 WORLD CELLARS WINES&SPI HIGHLANDSRANCCO |
| Dec 23 | 6.94 | DEBIT/ FOR CHECKCARD 8483824937 12/22/10 PANDA EXPRESS 363 LITTLETON CO |
| Dec 24 | 334.64 | DEBIT FOR AT&T MOBILITY ONLINE PMT CO REF- CKF088107347POS |
| Dec 27 | 176.10 | DEBIT/ FOR CHECKCARD 8483824630 12/23/10 GAME STOP # 6495 HIGHLANDS RANCO |
| Dec 27 | 160.00 | WITHDRAWAL FROM DDA - COMPASS BANK / ATM363 12:21PM 12/27/10 CARD 8483824630 ATM -AT 4016 RED CEDAR DRI HIGHLANDS CO |
| Dec 27 | 60.18 | DEBIT/ FOR CHECKCARD 8483824937 12/23/10 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Dec 27 | 54.98 | DEBIT/ FOR CHECKCARD 8483824630 12/23/10 HONEYBAKED HAM #705 LITTLETON CO |
| Dec 27 | 26.83 | DEBIT/ FOR CHECKCARD 8483824937 12/24/10 RADIOSHACK COR00134890 GREENWOOD VLGCO |
| Dec 27 | 21.01 | DEBIT/ FOR CHECKCARD 8483824630 12/23/10 GAME STOP # 6495 HIGHLANDS RANCO |
| Dec 27 | 13.96 | DEBIT/ FOR CHECKCARD 8483824630 12/23/10 SAFEWAY STORE00014803 HGHLNDS RANCHCO |
| Dec 27 | 13.65 | DEBIT/ FOR CHECKCARD 8483824937 12/24/10 BIG 5 SPORTING GOODS #3 HIGHLANDS RANCO |
| Dec 27 | 6.00 | DEBIT/ FOR CHECKCARD 8483824937 12/23/10 DIA PARKING OPERATIONS DENVER CO |
| Dec 28 | 53.94 | DEBIT/ FOR CHECKCARD 8483824630 12/27/10 KING SOOPERS #0108 HIGHLANDS RANCO |
| Dec 28 | 42.00 | DEBIT/ FOR CHECKCARD 8483824630 12/26/10 AMC HIGHLANDS 04000576 HGHLNDS RANCHCO |
| Dec 28 | 10.00 | DEBIT/ FOR CHECKCARD 8483824937 12/26/10 WALGREENS #4952 HIGHLANDS RANCO |
| Dec 29 | 65.40 | DEBIT/ FOR CHECKCARD 8483824630 12/27/10 LOAF N JUG #0007 Q81 PARKER CO |
| Dec 29 | 10.00 | DEBIT/ FOR CHECKCARD 8483824630 12/27/10 WALGREENS #4952 HIGHLANDS RANCO |
| Dec 29 | 7.95 | DEBIT/ FOR CHECKCARD 8483824630 12/28/10 Experian Credit Info 866-3690416 CA |
| Dec 29 | 7.95 | DEBIT/ FOR CHECKCARD 8483824630 12/28/10 Experian Credit Info 866-3690416 CA |
| Dec 30 | 372.16 | DEBIT FOR XCEL ENERGY-PSCO ONLINE PMT CO REF- CKF088107347POS |
| Dec 30 | 111.54 | DEBIT/ FOR CHECKCARD 8483824630 12/29/10 WHOLEFDS HLR 10142 HIGHLANDS RANCO |

918

Primary Account: 2524895776
Page 4 of 6
Enclosures 0
Dec 09, 2010 to Jan 07, 2011



34

MELISSA M MOUNT

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|---|---|---|
| Dec 30 | 31.53 | DEBIT/ FOR CHECKCARD 8483824630 12/28/10 PAPA JOHNS #1057 3036837272 CO |
| Dec 30 | 23.59 | DEBIT/ FOR CHECKCARD 8483824630 12/29/10 CHIPOTLE 0755 HIGHLANDS RANCO |
| Dec 30 | 10.00 | DEBIT/ FOR CHECKCARD 8483824937 12/29/10 CONTINENTAL 00521689543 HOUSTON TX |
| Dec 31 | 796.27 | DEBIT FOR MERCEDES BENZ ONLINE PMT CO REF- CKF088107347POS |
| Dec 31 | 53.86 | DEBIT/ FOR CHECKCARD 8483824630 12/29/10 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 03 | 741.42 | DEBIT FOR VW CREDIT ONLINE PMT CO REF- CKF088107347POS |
| Jan 03 | 102.50 | WITHDRAWAL FROM DDA - COLORADO STATE / PLUS 00400002 01/02/11 CARD 8483824937 ATM -AT 9561 S UNIV BLVD HIGHLAND R CO |
| Jan 03 | 100.00 | WITHDRAWAL FROM DDA - COMPASS BANK / ATM363 06:42PM 01/03/11 CARD 8483824630 ATM -AT 4016 RED CEDAR DRI HIGHLANDS CO |
| Jan 03 | 32.98 | DEBIT/ FOR CHECKCARD 8483824937 12/30/10 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 03 | 32.90 | DEBIT/ FOR CHECKCARD 8483824937 01/02/11 FAT BURGER LUCENT Q96 HIGHLANDS RANCO |
| Jan 03 | 31.62 | DEBIT/ FOR CHECKCARD 8483824937 01/02/11 WALGREENS #2641 HIGHLANDS RANCO |
| Jan 03 | 30.00 | DEBIT/ FOR CHECKCARD 8483824630 12/31/10 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 03 | 27.26 | DEBIT/ FOR CHECKCARD 8483824630 12/31/10 JULIES HALLMARK LITTLETON CO |
| Jan 03 | 7.99 | DEBIT/ FOR CHECKCARD 8483824630 01-02-11 NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA |
| Jan 04 | 908.00 | DEBIT FOR ALLY FINANCIAL ONLINE PMT CO REF- CKF088107347POS |
| Jan 04 | 83.42 | DEBIT/ FOR CHECKCARD 8483824630 01/03/11 KING SOOPERS #0108 HIGHLANDS RANCO |
| Jan 04 | 79.14 | DEBIT/ FOR CHECKCARD 8483824630 01/02/11 OFFICE MAX HIGHLANDS RANCO |
| Jan 04 | 64.09 | DEBIT/ FOR CHECKCARD 8483824630 01/02/11 ZUMIEZ INC 033 LONETREE CO |
| Jan 05 | 54.45 | DEBIT/ FOR CHECKCARD 8483824630 01/04/11 PETSMART INC 220 LITTLETON CO |
| Jan 05 | 46.00 | DEBIT/ FOR CHECKCARD 8483824630 01/03/11 FLOYDS 6 HGHLNDS RANCHCO |
| Jan 05 | 37.37 | DEBIT/ FOR CHECKCARD 8483824630 01/04/11 WHOLEFDS SGN 10273 CENTENNIAL CO |
| Jan 05 | 24.95 | DEBIT/ FOR CHECKCARD 8483824630 01/04/11 KING SOOPERS #0027 HIGHLANDS RANCO |
| Jan 05 | 5.20 | DEBIT/ FOR CHECKCARD 8483824630 01/04/11 USPS 07558395520306833 LITTLETON CO |
| Jan 06 | 258.06 | DEBIT FOR CHASE CARD SERV ONLINE PMT CO REF- CKF088107347POS |
| Jan 06 | 104.78 | DEBIT/ FOR CHECKCARD 8483824630 01/05/11 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Jan 06 | 6.82 | DEBIT/ FOR CHECKCARD 8483824937 01/05/11 CHIPOTLE 0005 ENGLEWOOD CO |
| Jan 07 | 72.90 | DEBIT FOR COMCAST ONLINE PMT CO REF- CKF088107347POS |

Primary Account: 2524895776
Page 5 of 6
Enclosures 0
Dec 09, 2010 to Jan 07, 2011



34

*MELISSA M MOUNT*

## Periodic NSF and OD Charge Summary

|  | Total This Period | Total 2011 YTD |
|---|---|---|
| Total Overdraft Fees (Includes NSF-Paid Item Charges and Extended Overdraft Charges) | $0.00 | $0.00 |
| NSF-Returned Item Charges | $0.00 | $0.00 |
| Refunded NSF and OD Charges | $0.00 | $0.00 |
| Net NSF and OD Charges (Charges less Refunded Charges) | $0.00 | $0.00 |

Net NSF and OD Charges for 2010 were $0.00

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Dec 08 | 17,226.13 | Dec 20 | 20,327.35 | Dec 30 | 11,839.28 |
| Dec 09 | 17,076.13 | Dec 21 | 14,982.35 | Dec 31 | 10,989.15 |
| Dec 10 | 16,576.13 | Dec 22 | 14,816.48 | Jan 03 | 9,732.48 |
| Dec 13 | 16,547.41 | Dec 23 | 14,343.59 | Jan 04 | 13,445.41 |
| Dec 14 | 16,443.20 | Dec 24 | 13,387.67 | Jan 05 | 13,277.44 |
| Dec 15 | 16,347.43 | Dec 27 | 12,854.96 | Jan 06 | 12,882.78 |
| Dec 16 | 16,297.43 | Dec 28 | 12,546.39 | Jan 07 | 12,605.98 |
| Dec 17 | 22,890.59 | Dec 29 | 12,405.09 | | |

**Build-To-Order Checking
2524895776** (ODP/Loan)

MELISSA M MOUNT

Available Credit     2,000.00

918

Primary Account: 2524895776
Page 1 of 6
Enclosures  0
Jan 08, 2011 to Feb 04, 2011

34



048   MELISSA M MOUNT
PC    738 FAIRCHILD DR
      HGHLNDS RANCH CO   80126-4754

*If you have questions about your statement, call Customer Service at 1-800-266-7277.*

## Build-To-Order Checking
## 2524895776

MELISSA M MOUNT

### Deposit Account Recap

| | | |
|---|---|---|
| Beginning Balance as of January 8, 2011 | | 12,605.98 |
| 2 Deposits | (Plus) | 13,076.47 |
| 106 Withdrawals | (Minus) | 14,214.90 |
| Ending Balance as of February 4, 2011 | | 11,467.55 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1012 | Jan 11 | 100.00 | 1015 | Jan 26 | 325.00 | 5030 * | Feb 01 | 55.00 |
| 1014 * | Jan 18 | 150.00 | | | | | | |

\* Indicates break in check sequence

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---|---|
| Jan 13 | | 6,537.23 | CREDIT FOR RICHFIELD DIRECT DEP CO REF- 626028392755W22 |
| Jan 27 | | 6,539.24 | CREDIT FOR RICHFIELD DIRECT DEP CO REF- 792019070928W22 |

### Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| Jan 10 | 120.11 | DEBIT/ FOR CHECKCARD 8483824630 01/06/11 PAYPAL *PPVIRTUAL 402-935-7733 CA |
| Jan 10 | 112.04 | DEBIT/ FOR CHECKCARD 8483824937 01/07/11 NORDSTROM-RACK #0036 LITTLETON CO |
| Jan 10 | 65.00 | DEBIT/ FOR CHECKCARD 8483824937 01/06/11 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 10 | 60.81 | DEBIT/ FOR CHECKCARD 8483824630 01/06/11 ONE HOUR MARTINIZING DR HIGHLANDS RANCO |
| Jan 10 | 40.00 | DEBIT/ FOR CHECKCARD 8483824630 01/09/11 STARBUCKS USA 00111096 HIGHLANDS RANCO |
| Jan 10 | 30.00 | DEBIT/ FOR CHECKCARD 8483824630 01/06/11 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 10 | 22.59 | DEBIT/ FOR CHECKCARD 8483824937 01/08/11 PAPA JOHNS #1057 3036837272 CO |
| Jan 10 | 22.50 | DEBIT/ FOR CHECKCARD 8483824630 01/08/11 ARAMARK PEPSI CENTER DENVER CO |
| Jan 10 | 17.64 | DEBIT/ FOR CHECKCARD 8483824937 01/08/11 WALGREENS #4952 HIGHLANDS RANCO |

928

Primary Account: 2524895776
Page 2 of 6
Enclosures 0
Jan 08, 2011 to Feb 04, 2011



34

*MELISSA M MOUNT*

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|---|---|---|
| Jan 10 | 7.43 | DEBIT/ FOR CHECKCARD 8483824937 01/07/11 SANDWICH BOARD HARLEQUI ENGLEWOOD CO |
| Jan 10 | 5.00 | DEBIT/ FOR CHECKCARD 8483824937 01/06/11 UNITED AIR 01621184432 CHICAGO IL |
| Jan 10 | 5.00 | DEBIT/ FOR CHECKCARD 8483824937 01/06/11 UNITED AIR 01621184467 CHICAGO IL |
| Jan 10 | 5.00 | DEBIT/ FOR CHECKCARD 8483824937 01/06/11 UNITED AIR 01621184467 CHICAGO IL |
| Jan 11 | 255.37 | DEBIT/ FOR CHECKCARD 8483824937 01/09/11 PLAYER'S BENCH - LITTL HIGHLANDS RANCO |
| Jan 11 | 54.61 | DEBIT/ FOR CHECKCARD 8483824937 01/10/11 CONOCO / CIRCL10081933 DENVER CO |
| Jan 11 | 53.74 | DEBIT/ FOR CHECKCARD 8483824630 01/09/11 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 11 | 27.68 | DEBIT/ FOR CHECKCARD 8483824630 01/10/11 FAT BURGER LUCENT Q96 HIGHLANDS RANCO |
| Jan 12 | 167.43 | DEBIT/ FOR CHECKCARD 8483824630 01/11/11 KING SOOPERS #0027 HIGHLANDS RANCO |
| Jan 12 | 43.74 | DEBIT/ FOR CHECKCARD 8483824630 01/11/11 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Jan 12 | 21.59 | DEBIT/ FOR CHECKCARD 8483824937 01/10/11 MCDONALD'S F18083 HIGHLAND RANCCO |
| Jan 13 | 100.00 | WITHDRAWAL FROM DDA - COMPASS BANK / ATM363 03:28PM 01/13/11 CARD 8483824630 ATM -AT 4016 RED CEDAR DRI HIGHLANDS CO |
| Jan 13 | 26.89 | DEBIT/ FOR CHECKCARD 8483824630 01/11/11 SAFEWAY STORE00014803 HGHLNDS RANCHCO |
| Jan 13 | 15.12 | DEBIT/ FOR CHECKCARD 8483824630 01/11/11 CHEESECAKE LITTLETON LITTLETON CO |
| Jan 14 | 5,190.00 | DEBIT FOR CHASE MTGE ONLINE PMT CO REF- CKF088107347POS |
| Jan 14 | 127.00 | DEBIT FOR HIGHLANDS RANCH ONLINE PMT CO REF- CKF088107347POS |
| Jan 14 | 8.00 | DEBIT/ FOR CHECKCARD 8483824630 01/12/11 1801 CALIFORNIA UNIT 2 DENVER CO |
| Jan 14 | 8.00 | DEBIT/ FOR CHECKCARD 8483824937 01/12/11 1801 CALIFORNIA UNIT 2 DENVER CO |
| Jan 18 | 111.67 | DEBIT/ FOR CHECKCARD 8483824630 01/13/11 SAFEWAY STORE00014803 HGHLNDS RANCHCO |
| Jan 18 | 96.00 | DEBIT/ FOR CHECKCARD 8483824937 01/14/11 HACIENDA COLORADO II ENGLEWOOD CO |
| Jan 18 | 68.99 | DEBIT/ FOR CHECKCARD 8483824937 01/14/11 CK6544LONETREE10081875 LONE TREE CO |
| Jan 18 | 51.34 | DEBIT/ FOR CHECKCARD 8483824937 01/16/11 7-ELEVEN 26788 COLORADO SPRICO |
| Jan 18 | 47.31 | DEBIT/ FOR CHECKCARD 8483824630 01/14/11 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 18 | 34.10 | DEBIT/ FOR CHECKCARD 8483824630 01/16/11 FARGOS PIZZA COMPANY COLORADO SPRICO |
| Jan 18 | 34.04 | DEBIT/ FOR CHECKCARD 8483824937 01/15/11 SHELL OIL 57443808803 CENTENNIAL CO |
| Jan 18 | 25.00 | DEBIT/ FOR CHECKCARD 8483824630 01/15/11 SAFEWAY STORE00014803 HGHLNDS RANCHCO |
| Jan 18 | 24.41 | DEBIT/ FOR CHECKCARD 8483824937 01/14/11 FAT BURGER LUCENT Q96 HIGHLANDS RANCO |
| Jan 18 | 20.00 | DEBIT/ FOR CHECKCARD 8483824630 01/15/11 TOTAL 4065 SHAMROCK COLORADO SPR CO |

928

Case:10-40362-HRT Doc#:45 Filed:05/11/11 Entered:05/11/11 17:05:44 Page17 of 19

Primary Account: 2524895776
Page 3 of 6
Enclosures 0
Jan 08, 2011 to Feb 04, 2011



34

MELISSA M MOUNT

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|---|---|---|
| Jan 18 | 8.97 | DEBIT/ FOR CHECKCARD 8483824937 01/16/11 7-ELEVEN 26788 COLORADO SPRICO |
| Jan 18 | 8.19 | DEBIT/ FOR CHECKCARD 8483824937 01/15/11 SHELL OIL 57443808803 CENTENNIAL CO |
| Jan 18 | 6.82 | DEBIT/ FOR CHECKCARD 8483824937 01/17/11 CHIPOTLE 0005 ENGLEWOOD CO |
| Jan 19 | 204.00 | WITHDRAWAL FROM DDA - SHERATON B / HONOR 83931315 01/19/11 CARD 8483824937 ATM -AT 7800 NORMONDALE MINNEAPOLI MN |
| Jan 19 | 175.39 | DEBIT/ FOR CHECKCARD 8483824630 01/18/11 KING SOOPERS #0027 HIGHLANDS RANCO |
| Jan 19 | 63.28 | DEBIT/ FOR CHECKCARD 8483824630 01/18/11 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Jan 19 | 7.65 | DEBIT/ FOR CHECKCARD 8483824630 01/18/11 KING SOOPERS #0027 HIGHLANDS RANCO |
| Jan 19 | 4.10 | DEBIT/ FOR CHECKCARD 8483824937 01/18/11 MCDONALD'S #F20427 AURORA CO |
| Jan 19 | 3.60 | DEBIT/ FOR CHECKCARD 8483824937 01/18/11 STARBUCKS USA 00067769 GREENWOOD VILCO |
| Jan 20 | 165.00 | DEBIT/ FOR CHECKCARD 8483824630 01/19/11 AYL PATHERS 303-797-1815 CO |
| Jan 20 | 41.07 | DEBIT/ FOR CHECKCARD 8483824630 01/19/11 WALGREENS #4952 HIGHLANDS RANCO |
| Jan 20 | 10.95 | DEBIT/ FOR CHECKCARD 8483824630 01/19/11 USPS 07558395520307666 LITTLETON CO |
| Jan 21 | 42.51 | DEBIT/ FOR CHECKCARD 8483824630 01/19/11 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 21 | 20.24 | DEBIT/ FOR CHECKCARD 8483824630 01/20/11 PAPA JOHNS #1057.COM 303-683-7272 CO |
| Jan 21 | 6.82 | DEBIT/ FOR CHECKCARD 8483824937 01/20/11 CHIPOTLE 0005 ENGLEWOOD CO |
| Jan 24 | 349.61 | DEBIT FOR AT&T MOBILITY ONLINE PMT CO REF- CKF088107347POS |
| Jan 24 | 187.63 | DEBIT FOR HIGHLANDS RANCH ONLINE PMT CO REF- CKF088107347POS |
| Jan 24 | 136.77 | DEBIT/ FOR CHECKCARD 8483824937 01/22/11 WALGREENS #4952 HIGHLANDS RANCO |
| Jan 24 | 100.00 | WITHDRAWAL FROM DDA - COMPASS BANK / ATM338 11:39AM 01/24/11 CARD 8483824630 ATM -AT 8100 E. ARAPAHOE R ENGLEWOOD CO |
| Jan 24 | 63.19 | DEBIT/ FOR CHECKCARD 8483824937 01/21/11 SHELL OIL 57442466702 HIGHLANDS RANCO |
| Jan 24 | 36.66 | DEBIT/ FOR CHECKCARD 8483824937 01/22/11 FLOYDS 6 HGHLNDS RANCHCO |
| Jan 24 | 35.00 | DEBIT/ FOR CHECKCARD 8483824937 01/22/11 AFTER OURS URGENT CARE DENVER CO |
| Jan 24 | 31.33 | DEBIT/ FOR CHECKCARD 8483824630 01/23/11 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Jan 24 | 22.50 | DEBIT/ FOR CHECKCARD 8483824630 01/22/11 PAYPAL *PLIMUS 402-935-7733 CA |
| Jan 24 | 9.20 | DEBIT/ FOR CHECKCARD 8483824937 01/22/11 STARBUCKS USA 00111096 HIGHLANDS RANCO |
| Jan 24 | 9.00 | DEBIT/ FOR CHECKCARD 8483824937 01/22/11 CAR WASH EXPRESS I LITTLETON CO |
| Jan 24 | 9.00 | DEBIT/ FOR CHECKCARD 8483824937 01/22/11 CAR WASH EXPRESS I LITTLETON CO |

928

Case:10-40362-HRT   Doc#:45   Filed:05/11/11   Entered:05/11/11 17:05:44   Page18 of 19

Primary Account: 2524895776
Page 4 of 6
Enclosures 0
Jan 08, 2011 to Feb 04, 2011

34



MELISSA M MOUNT

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|---|---|---|
| Jan 24 | 5.00 | DEBIT/ FOR CHECKCARD 8483824630 01/22/11 PAYPAL *PLIMUS 402-935-7733 CA |
| Jan 24 | 3.52 | DEBIT/ FOR CHECKCARD 8483824937 01/21/11 STARBUCKS USA 00111096 HIGHLANDS RANCO |
| Jan 26 | 55.24 | DEBIT/ FOR CHECKCARD 8483824630 01/24/11 SHELL OIL 57442465704 HIGHLANDS RANCO |
| Jan 26 | 52.54 | DEBIT/ FOR CHECKCARD 8483824630 01/25/11 PETCO 2791 63524011 HIGHLAND RCH CO |
| Jan 26 | 35.18 | DEBIT/ FOR CHECKCARD 8483824630 01/24/11 SAFEWAY STORE 00000083 ENGLEWOOD CO |
| Jan 28 | 181.06 | DEBIT/ FOR CHECKCARD 8483824630 01/27/11 KING SOOPERS #0108 HIGHLANDS RANCO |
| Jan 28 | 155.09 | DEBIT FOR DIRECTV ONLINE PMT CO REF- CKF088107347POS |
| Jan 28 | 118.52 | DEBIT/ FOR CHECKCARD 8483824630 01/27/11 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Jan 28 | 6.82 | DEBIT/ FOR CHECKCARD 8483824937 01/27/11 CHIPOTLE 0005 ENGLEWOOD CO |
| Jan 28 | 5.69 | DEBIT/ FOR CHECKCARD 8483824937 01/27/11 STARBUCKS USA 00067769 GREENWOOD VILCO |
| Jan 31 | 200.00 | WITHDRAWAL FROM DDA - COMPASS BANK / ATM363 10:26AM 01/30/11 CARD 8483824937 ATM -AT 4016 RED CEDAR DRI HIGHLANDS CO |
| Jan 31 | 68.31 | DEBIT/ FOR CHECKCARD 8483824937 01/30/11 EVERYDAY #5716 PARKER CO |
| Jan 31 | 41.46 | DEBIT/ FOR CHECKCARD 8483824630 01/27/11 ULTA 3 #58 LITTLETON CO |
| Jan 31 | 31.50 | DEBIT/ FOR CHECKCARD 8483824630 01/28/11 AMC HIGHLANDS 04000576 HGHLNDS RANCHCO |
| Jan 31 | 23.63 | DEBIT/ FOR CHECKCARD 8483824630 01/27/11 ONE HOUR MARTINIZING DR HIGHLANDS RANCO |
| Jan 31 | 17.66 | DEBIT/ FOR CHECKCARD 8483824937 01/29/11 CHIPOTLE 0755 HIGHLANDS RANCO |
| Jan 31 | 12.00 | DEBIT/ FOR CHECKCARD 8483824937 01/28/11 YANNI LLC GREENWOODVLG CO |
| Jan 31 | 5.90 | DEBIT/ FOR CHECKCARD 8483824937 01/28/11 STARBUCKS USA 00067769 GREENWOOD VILCO |
| Jan 31 | 3.52 | DEBIT/ FOR CHECKCARD 8483824937 01/28/11 STARBUCKS USA 00111096 HIGHLANDS RANCO |
| Jan 31 | 3.52 | DEBIT/ FOR CHECKCARD 8483824937 01/30/11 STARBUCKS USA 00111096 HIGHLANDS RANCO |
| Feb 01 | 417.23 | DEBIT FOR XCEL ENERGY-PSCO ONLINE PMT CO REF- CKF088107347POS |
| Feb 01 | 103.00 | WITHDRAWAL FROM DDA - W.F.B / HONOR 4553I 02/01/11 CARD 8483824630 ATM -AT HIGHLANDS-SWY HIGHLANDS CO |
| Feb 01 | 60.37 | DEBIT/ FOR CHECKCARD 8483824630 01/31/11 KING SOOPERS #0108 HIGHLANDS RANCO |
| Feb 01 | 31.61 | DEBIT/ FOR CHECKCARD 8483824937 01/29/11 HIGHLANDS RANCH GOLF CL HIGHLANDS RANCO |
| Feb 01 | 22.19 | DEBIT/ FOR CHECKCARD 8483824630 01/29/11 DICKEYS CO-322 HIGHLANDS RANCO |
| Feb 01 | 12.99 | DEBIT/ FOR CHECKCARD 8483824630 01/30/11 SPORTS AUTHORI00001339 WMINSTER CO |
| Feb 01 | 9.00 | DEBIT/ FOR CHECKCARD 8483824937 01/30/11 CAR WASH EXPRESS I LITTLETON CO |

Primary Account: 2524895776
Page 5 of 6
Enclosures 0
Jan 08, 2011 to Feb 04, 2011



34

MELISSA M MOUNT

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|---|---|---|
| Feb 02 | 45.80 | DEBIT/ FOR CHECKCARD 8483824630 01/31/11 SHELL OIL 57442466702 HIGHLANDS RANCO |
| Feb 02 | 22.91 | DEBIT/ FOR CHECKCARD 8483824630 02/01/11 THE EGG AND I HIGHLANDS HIGHLANDS RANCO |
| Feb 03 | 202.50 | WITHDRAWAL FROM DDA - FIRST REPUBLIC / HONOR BANY0247 02/02/11 CARD 8483824937 ATM -AT 10 COLUMBUS CIRCLE NEW YORK NY |
| Feb 03 | 170.42 | DEBIT/ FOR CHECKCARD 8483824630 02/02/11 KING SOOPERS #0027 HIGHLANDS RANCO |
| Feb 03 | 55.99 | DEBIT/ FOR CHECKCARD 8483824630 02/02/11 WHOLEFDS HLR 10142 HIGHLANDS RANCO |
| Feb 03 | 17.26 | DEBIT/ FOR CHECKCARD 8483824630 02/01/11 WENDYS #8969 Q25 CENTENNIAL CO |
| Feb 03 | 7.99 | DEBIT/ FOR CHECKCARD 8483824630 02-02-11 NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA |
| Feb 04 | 908.00 | DEBIT FOR ALLY FINANCIAL ONLINE PMT CO REF- CKF088107347POS |
| Feb 04 | 796.27 | DEBIT FOR MERCEDES BENZ ONLINE PMT CO REF- CKF088107347POS |
| Feb 04 | 741.42 | DEBIT FOR VW CREDIT ONLINE PMT CO REF- CKF088107347POS |
| Feb 04 | 50.16 | DEBIT FOR COMCAST ONLINE PMT CO REF- CKF088107347POS |

## Periodic NSF and OD Charge Summary

| | Total This Period | Total 2011 YTD |
|---|---|---|
| Total Overdraft Fees (Includes NSF-Paid Item Charges and Extended Overdraft Charges) | $0.00 | $0.00 |
| NSF-Returned Item Charges | $0.00 | $0.00 |
| Refunded NSF and OD Charges | $0.00 | $0.00 |
| Net NSF and OD Charges (Charges less Refunded Charges) | $0.00 | $0.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jan 07 | 12,605.98 | Jan 19 | 11,286.06 | Jan 31 | 15,197.66 |
| Jan 10 | 12,092.86 | Jan 20 | 11,069.04 | Feb 01 | 14,486.27 |
| Jan 11 | 11,601.46 | Jan 21 | 10,999.47 | Feb 02 | 14,417.56 |
| Jan 12 | 11,368.70 | Jan 24 | 10,001.06 | Feb 03 | 13,963.40 |
| Jan 13 | 17,763.92 | Jan 26 | 9,533.10 | Feb 04 | 11,467.55 |
| Jan 14 | 12,430.92 | Jan 27 | 16,072.34 | | |
| Jan 18 | 11,744.08 | Jan 28 | 15,605.16 | | |

**Build-To-Order Checking**
**2524895776**             (ODP/Loan)

MELISSA M MOUNT

Available Credit                                    2,000.00

928