UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-40362-HRT |
| MELISSA M. MOUNT ) | |
| XXX-XX-4584 ) | Chapter 11 |
| and ) | |
| ) | |
| GREG T. MOUNT ) | |
| XXX-XX-6884 ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| IN RE: ) | |
| ) | |
| PROFESSIONAL SEARCH & ) | Case No. 11-11237 |
| PLACEMENT, LLC d/b/a ) | |
| COOL HAUS WORKS, LLC ) | |
| ) | |
| EIN: 20-5928056 ) | **Jointly Administered** |
| ) | **Under Case No. 10-40362 - HRT** |
| Debtor. ) | |

**SUMMARY OF VOTING RESULTS**

The Debtors Melissa M. Mount and Greg T. Mount ("Mount") and Professional Search & Placement, LLC d/b/a Cool Haus Works, LLC, ("Professional Search") by and through their counsel, Kutner Miller Brinen, P.C., hereby submit their Summary of Voting Results with respect to their Joint Chapter 11 Plan of Reorganization dated May 20, 2011 as follows:

*Mount*

1. Class 1 consists of all allowed unsecured claims specified in Section 507(a)(3), 507(a)(4) or 507(a)(5) of the Code as having priority. Class 1 did not vote on the Plan and is deemed to have accepted the Plan. In re Ruti Sweetwater, 836 F.2d 1263 (10th Cir. 1988).

2. Class B, the allowed secured claim held by Ally Financial. Class B is unimpaired by the Plan and is therefore deemed to have accepted the Plan.

3. Class C, the allowed secured claim held by Chase Home Finance. Class C is unimpaired under the Plan and is therefore deemed to have accepted the Plan.

4. Class D, the allowed secured claims held by Chase Home Equity. Class D is unimpaired under the Plan and is therefore deemed to have accepted the Plan.

5. Class E, the allowed unsecured claims held by unsecured creditors. Class E is impaired by the Plan and 100% of the voting members of the class have voted to accept the Plan as follows:

>   a. JP Morgan Chase Bank, holding a deficiency claim of $716,633, voted to accept the Plan.

6. Class F, the interest held by Mount. Class F is unimpaired by the Plan and is therefore deemed to have accepted the Plan.

*Professional Search*

7. Class A consists of all allowed unsecured claims specified in Section 507(a)(3), 507(a)(4) or 507(a)(5) of the Code as having priority. Class A did not vote on the Plan and is deemed to have accepted the Plan. In re Ruti Sweetwater, 836 F.2d 1263 (10th Cir. 1988).

8. Class 2, the allowed secured claim held by JP Morgan Chase Bank. Class 2 is impaired under the Plan and voted in favor of the Plan.

9. Class 3, the allowed claims held by unsecured creditors. Class 3 is impaired by the Plan and 100% of the voting members of the class have voted to accept the Plan as follows:

>   a. JP Morgan Chase Bank, holding a deficiency claim of $716,633, voted to accept the Plan.

10. Class 4, the interests in Professional Search. Class 4 is unimpaired by the Plan, and is therefore deemed to have accepted the Plan.

DATED: September 26, 2011

Respectfully submitted,

By: /s/ Aaron A. Garber
Aaron A. Garber #36099
KUTNER MILLER BRINEN, P.C.
303 East 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: aag@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 26, 2011, I served by prepaid first class mail a copy of the foregoing **SUMMARY OF VOTING RESULTS** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Paul Moss, Esq.
United States Trustee
999 18th Street
Suite 1551
Denver, CO 80202

Stephen P. Hale, Esq.
Bert Echols, Esq.
The Hale Law Group, PLLC
88 Union Avenue
Suite 700
Memphis, TN 38103

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
ATTN: Ramesh Singh

Angela R. Whitford, Esq.
633 17th Street
Suite 3000
Denver, CO 80202

Robert L. Tinnin
Paragon Building
7100 East Belleview Avenue
Suite 315
Greenwood Village, CO 80111

Deanna L. Westfall, Esq.
Britney Beall-Eder, Esq.
Castle Stawiarski, LLC
999 18th Street
Suite 2201
Denver, CO 80202

*Vicky Martina*
**Vicky Martina**