UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 10-40362-HRT
MELISSA M. MOUNT )
XXX-XX-4584 ) Chapter 11
and )
)
GREG T. MOUNT )
XXX-XX-6884 )
)
    Debtors. )
_____)

## FINAL DECREE

The estate of the above-named Debtors having been fully administered, it is

    ORDERED that the Clerk of Court shall issue a discharge for the Debtors pursuant to 11 U.S.C. § 1141.

    FURTHER ORDERED THAT ten days following the issuance of the discharge, the Chapter 11 case of the above-named Debtors shall be closed without further order.

Dated:  February 13, 2012.               BY THE COURT:

                                                               Honorable Howard R. Tallman
                                                               United States Bankruptcy Judge